**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF OKLAHOMA

**FILED**
SEP 11 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

(1) **JOSE BOTELLO**
Plaintiff(s)

vs.

(2) **TRIPLE M TRUCK & EQUIPMENT**
Defendant(s)

Case Number: 24 CV - 425 CVE - MTS

## COMPLAINT

A. Parties

1) **Jose Botello** (Plaintiff), is a citizen of **Oklahoma** (State)

   who presently resides at **1402 North Quanah**
   (mailing address if different from residence)

2) Defendant **Triple M Truck & Equipment** (Name of first defendant) is a citizen of **Hermiston, Oregon** (City, State)

   and is ~~employed as~~ **Operates as ~~an automobile~~ Mechanic repair shop** (Position and title, if any)

3) Defendant _____ (Name of second defendant) is a citizen of _____ (City, State)

   and is employed as _____ (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   **diversity of jurisdiction**
   **28 U.S.C.A. § 1332**

C. Nature of Case

1) Briefly state the background of your case:
   **Defendant is an automobile repair shop. Plaintiff is a truck driver who owns other trucks and employs another truck driver.**

D. Cause of Action

I allege the following:

1. **Defendants employees and agents Committed**

*one summons fees paid*

Complaint    1    ProSe-01 (12/05)

fraud upon the Plaintiff and his employee in the

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Repair of a diesel automobile owned by Plaintiff and driven by his employee truck.

2. Cause of action for negligence. *See attached pages for additional facts

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Defendants employee improperly installed a "used auto part" on Plaintiff's automobile, destroying the motor in said automobile.

3. 

*See attached pages for additional facts

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]

E. Request for Relief

I believe that I am entitled to the following relief:

Money judgment against for fraud and negligence in the amount of $200,000.00, including an award of $50,000.00 for punitive damages. Plaintiff hereby demands a jury train. And further intends on retaining an attorney to represt him in this action prior the scheduled trial date.

Original Signature of Plaintiff

1402 North Quanah Ave.
Current Address

Tulsa      Okla.      74127
City       State      ZIP

918 508-0852
Telephone

Complaint                                  2                              ProSe-01 (12/05)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-09-24

Signature of Plaintiff
Printed Name of Plaintiff  JOSEL BOTELLO

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Attached Page One

both owns and operates at least three separate "diesel automobiles at most times during said time period. Plaintiff usually employs at least two other truck drivers to haul and transport freight and materials across the United States, travelling from New York to Florida, California to the State of Washington, and all States and other areas in between. He and his business are paid money as over-the- road truck drivers, to haul and transport said freight.

      That on or about May 2, 2024 one of the truck drivers employed by Plaintiff named "Don Kennedy," while driving a truck owed by Plaintiff in the States of Washington an Oregon experienced trouble with a diesel truck which said driver

and the Plaintiff knew and ascertained to be a defective "air compressor. The said Don Kennedy was instructed be Plaintiff to go to a mechanic shop in the State of Oregon and have said mechanic shop install a **"new" air compressor** " in said diesel truck. Mr. Kennedy took the diesel truck which he was driving to the defendant herein Triple M Truck & Equipment, which was located and doing business out of the City of Hermiston, Oregon in order to specifically have a

"new air compressor installed in said truck, when in fact they were defrauded with a used and re-conditioned air compressor installed in said diesel truck by said defendant named above-agents and employees installation of a used and re-conditioned air compressor.

      Plaintiff has further attached hereto and marked as Exhibit "B" a written analysis and report from and independent mechanic shop in the State or Oregon wherein it is stated that said used and re-conditioned air compressor and the installation of said air compressor by defendants employees was the cause of "motor failure" in Plaintiff's diesel truck. Plaintiff has further attached hereto and marked as Exhibit "C" a written statement and/or invoice from the Bank of America wherein Plaintiff's employee-the said Don Kennedy

was refunded the money he paid to said defendant for said defendant's "fraudulent actions" in charging Plaintiff for a new air compressor, when in fact a "re-conditioned and used air compressor was placed in Plaintiff's automobile.

Attached Page Two

That Plaintiff will further prove at a jury trial in this cause that defendant's employee's negligence and the negligent installation of said re-conditioned air compressor caused the motor in Plaintiff's diesel automobile to malfunction and be destroyed. Plaintiff will further prove at a jury trial in this cause his damages from defendant's "fraudulent actions alone exceed $100,000.00.

CLAIM TWO   CAUSE OF ACTION FOR NEGLIGENCE.

That the Plaintiff hereby adopts all statements, averments, allegations, and Exhibits stated above in his statements contained in Claim One as to his allegations set forth in Claim Two.

That defendant named claims and avens to be an expert diesel mechanic shop and further guarantees its work and/or auto parts to all clients.

That as such of a supposed reputable business defendant owed a duty under the law to perform

Attached Page "~~Five~~ Three"

its mechanical work and duties in a proper and profssional manner. That defendant and its employees and agents breached that duty owed to Plaintiff by improperly installing said air Compressor -- supposedley "new, in a deficient and improper. That the improper installation of the deficient air compressor in Plaintiff's diesel automobile to become defunct and deficent and further of no use and/or value to Plaintiff in his business as a trucking and transport company. That the Plaintiff will prove at a jury trial in this cause that defendants agents improper installation of said defective air compressor into his diesel automobile was a breach of owed by defendants to Plaintiff and that the breach of said duty was

Additional Page ~~Six~~ Four

the proximate cause of all monetary suffered and incurred by Plaintiff.

Plaintiff will prove at a jury trial of this cause that his diesel was in proper working condition as to all other parts in said automobile with exception of a defective "air compressor."

Plaintiff will further at a trial in this the monetary damages which he incurred as a result of defendants employees negligence exceed $100,000.00.

Ex. 'A'

## KJ Medelez LLC
## Work Order

PAID CC ~~ref~~

Date: 5-2-24    Customer: Admiral Merchants

Company Name: KJ Medelez

VIN: _____
Mileage #: _____
Truck #: 585-C
Yard Dog #: _____
Trailer #: _____
Reefer #: _____
10 Wheeler #: _____

Repair(s) Done:

| Item | Amount |
|---|---|
| Quick Connect | 2.30 |
| Fitting | 35.16 |
| Brake Kleen | 9.92 |
| Compressor | 545.31 |
| O Ring | 3.72 |
| O Ring | 7.80 |
| Elbow | 13.62 |
| O Ring | 1.84 |
| Seal | 10.21 |
| Gasket | 4.73 |
| O Ring | 3.72 |
| Anti Freeze ELC | 111.00 |
| 7 x 158  Labor | 1,106.00 |
| Misc | 55.30 |
| Hose | 56.49 |
| | 1967.12 |

10 Gallons Antifreeze
One New Air Hose
One New Fittings

Parts: 2 can Break leen
one new air compresser
12 feet one New Air compresser (KO95/25) Truck
2 New O Rings Air compresser Truck
one New Gasket Air compresser Truck
one O-Ring Truck Air compresser (9336)

Mechanic Signature: S/ Ugricio

(10) gallon antifreeze

Ex. DBC

# Repair Order Detail - Internal Copy

RO Number: 32080HS    RO Status: WORKING

Customer: ADMIRAL MERCHANTS
Phone(s): Contact: (330)316-1746    Main: (612)332-4819    Click to View Cust Copy
Vehicle: 3AKJGLD64ESBC1177    2014 CAS    Cell:

Mileage: 994,183
Service advisor: 673    Payment type: CASH    Waiter: No
Tag number: T1177    Promised time: 11:54 PM    Estimate: 330.00
    Promised date: 05/28/2024    Customer Comments: No

A    Check and Advise-Diagnostic CEL
P783R-00-000-- CVD    Check and    2.00    330.00
0004                    Advise-Diagnostic CEL

Tech(s): 2413
Pts:        1 BRAKE PARTS CLEANER    3.59
    3.59 Lbr:    330.00 Other:    0.00  Total Line A:    333.59
Story: 994183   383, Unit came in with complaint of seized engine after compressor replacement. Brought unit in. Talked with driver, driver stated unit had drove into other shop for repair due to compressor not making sufficient air and becoming weak. Unit arrived with oil pan on back deck and oil pump and pickup laid inside. Raised unit up and inspected. Found that #1 main and #1 rod were discolored turned almost black. Material was seen melted off the bearing areas. Pulled #3 main cap off and discovered that the bearing was partially melted and scarred heavily due to loss of oil. Found that compressor was new and only the lower 2 bolts were installed. Removed the lower bolts and drained coolant and removed coolant lines from compressor. Removed compressor from engine bay and inspected. Found that the gear teeth were chewed up like something had gone through the gears. Compressor freely turned with no issues. Further inspection of the gear train from underneath showed that the remaining gears could be seen with chunks of teeth missing. Debris had gone through the gear train at some point. Pulled oil pump from oil pan and found that pump was seized and wouldn't turn freely. Using a brass hammer and point moved the gear slightly to allow for removal of the pump plate bolts. Removed bolts and opened pump body up. Found that housing was heavily scarred and pitted. Gears would not freely spin in housing bores. Excessive play was found in input shaft of oil pump. Appears that debris had contacted gear of pump and drove it against housing causing pump to spin on shaft and causing drop in oil pressure. Examination of the pan showed no big chunks only shaving and gear teeth chunks. No large debris was found. Damage to gear train shows that there should have been a larger chunk present that caused the damage seen in gear train. Took photos and informed customer of findings.

Customer Pay
Labor    330.00
Parts    3.59

Page 1, Created: 05/29/2024 08:57:28 AM

Ex. B

07:04  📧 🌙 📁 🔄 🖼 ☁️                    LTE 📶 92% 🔋

**Bank of America | Online Ban...**
❌ 🔒 https://secure.bankofamerica.com/m    ⋮

## Online Banking                                        ☰

# Message Center

## Claims Messages

Only <u>claims</u> that are <u>eligible</u> are visible in the Message Center.

| Account and Claim ID | Current Status |
|---|---|
| Account ending - ▇▇▇▇ Claim ID: 240715533820 | Resolved - claim paid  ❓ |

**Important note:**

Your claim will be available to view for up to 120 days from the date it is resolved or closed.

## Case Status

ℹ️ You have no active cases.

|||   O   <

Ex: "D"



| Towing | Oklahoma | | Yelp for Business | Write a Review | Start a Project | Log In | Sign Up |

Restaurants   Home Services   Auto Services   More

# Triple M Truck & Equipment

Unclaimed • Towing, Commercial Truck Repair, Auto Parts & Supplies

Open 7:00 AM - 6:00 PM   See hours

Write a review    Add photo    Share    Save

**Photos & videos**                                    See all 1 photos →



Add photo

**Services Offered**   Verified by Business

Commercial truck repair            Vehicle towing

**Reach out to other businesses**

This business has not enabled messaging on Yelp, but you can still contact other businesses like them.

Start request

triplemtruckandequipment.com

(541) 567-2009

**Get Directions**
77765 Westland Rd Hermiston, OR 97838

✎ Suggest an edit

**Other Auto Parts & Supplies Nearby**   Sponsored ⓘ



**O'Reilly Auto Parts**
★★★★★ 5.0 (2 reviews)           📍 5.8 miles away from Triple M Truck & Equipment

**Shawn K. said** "Awesome store John helped me find the light that I needed and installed it for me. They also have a military discount I will no go any place else thank you. God bless"   **read more**
in Battery Stores, Auto Parts & Supplies

**About the Business**

When you are looking for high-quality towing, parts, and repairs, you need to visit us. We are the newest OEM dealer in Eastern Oregon, and feature Western Star branded large trucks, towing parts service and repair.

Read more

**Location & Hours**                                   Suggest an edit ✎

The number of the statute in USCA for filing a case based on diversity of Jurisdiction

EX. A

08:19  📁                                LTE+ 📶 85%

✕  🔒  **Bank of America | Online Ban…**    ⋮
        https://secure.bankofamerica.com/m

Message Center

                                            ✕

# Resolved - claim paid

Our records indicate that your claim has been resolved and paid. A letter and/or electronic message has been sent with additional details. An ALERT will be sent to you when your claims letter is available for you to read online.

Thank you for the opportunity to research your claim.

| Claim ID: 240715533820 | claim paid | ❓ |

**Important note:**

Your claim will be available to view for up to 120 days from the date it is resolved or closed.

## Case Status

ℹ️  You have no active cases.

|||  ◯  ⟨

All pages necessary to file a Pro Se civil lawsuit including the cover sheet and Summons

> not a civil rights lawsuit but a "civil law suit"

> How much is the costs to file the suit

Is Marshall's cost included