IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLALHOMA

| | | |
|---|---|---|
| JOSE BOTELLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: CIV-24-425 CVE-MTS |
| -vs- | ) | |
| | ) | |
| K MELDELEZ, LLC, improperly identified as TRIPLE M TRUCK and EQUIPMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL AND RESPONSE TO MOTION TO DISMISS**

COMES NOW the Plaintiff, Joe Botello, by and through his attorney, Walter M Benjamin, and pursuant to Fed R Civ P. Rule 41(a)(1)(A)(i) gives Notice of Plaintiff's voluntary dismissal of the entire action herein in response to Defendant K Meldelez, LLC Motion to Dismiss, Document No. 6.

Defendant K Meldelez has not filed an Answer or a Motion for Summary Judgment in this action, accordingly under Fed R Civ P. Rule 41(a)(1)(B) this voluntary dismissal is without prejudice.

Respectfully submitted,

*S Walter M. Benjamin*

Walter M. Benjamin OBA 702
436 Court St. Ste A
Muskogee, OK 74401
(918) 694-7891
wabenj@juno.com

**Certificate of Service**

I, Walter M. Benjamin, hereby certify that on the 22nd day of October, 2024, he caused to be sent through the ECF filing system a true and correct copy of the foregoing Response to Motion to Didmiss addressed to:

eamoen@chubbucklaw.com

*S Walter M. Benjamin* _